IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Knox, Elvin | Case Number: 08 B 17356 |
|---|---|---|
| | Knox, Nicole | Judge: Hollis, Pamela S |
| | Printed: 01/22/09 | Filed: 7/3/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 8, 2008
Confirmed: September 29, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 4,035.00 | |
| Secured: | | 1,144.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,625.12 |
| Trustee Fee: | | 265.88 |
| Other Funds: | | 0.00 |
| Totals: | 4,035.00 | 4,035.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,841.50 | 2,625.12 |
| 2. | PHH Mortgage Services F/K/A Cendant Mtg | Secured | 0.00 | 0.00 |
| 3. | HSBC Auto Finance | Secured | 20,267.50 | 400.00 |
| 4. | Wells Fargo Financial Illinois Inc | Secured | 16,139.79 | 744.00 |
| 5. | PHH Mortgage Services F/K/A Cendant Mtg | Secured | 6,246.05 | 0.00 |
| 6. | Internal Revenue Service | Priority | 2,838.55 | 0.00 |
| 7. | Wachovia Education Fin | Unsecured | 0.00 | 0.00 |
| 8. | Wachovia Bank | Unsecured | 0.00 | 0.00 |
| 9. | National Student Loan Program | Unsecured | 0.00 | 0.00 |
| 10. | Educational Credit Management Corp | Unsecured | 0.00 | 0.00 |
| 11. | Wachovia Bank | Unsecured | 0.00 | 0.00 |
| 12. | Texas Guaranteed Student Loan | Unsecured | 0.00 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 132.84 | 0.00 |
| 14. | RoundUp Funding LLC | Unsecured | 136.75 | 0.00 |
| 15. | Merrick Bank | Unsecured | 97.43 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 53.89 | 0.00 |
| 17. | Merrick Bank | Unsecured | 106.03 | 0.00 |
| 18. | ECast Settlement Corp | Unsecured | 105.29 | 0.00 |
| 19. | ECast Settlement Corp | Unsecured | 100.01 | 0.00 |
| 20. | Sallie Mae | Unsecured | 267.61 | 0.00 |
| 21. | Well Group Health Partners | Unsecured | 11.50 | 0.00 |
| 22. | Sallie Mae | Unsecured | 1,031.86 | 0.00 |
| 23. | The Education Resources Institute | Unsecured | 3,236.40 | 0.00 |
| 24. | Midland Credit Management | Unsecured | 140.09 | 0.00 |
| 25. | Wells Fargo Financial Illinois Inc | Unsecured | 0.01 | 0.00 |
| 26. | RMI/MCSI | Unsecured | 50.00 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Knox, Elvin | Case Number: 08 B 17356 |
| | Knox, Nicole | Judge: Hollis, Pamela S |
| | Printed: 01/22/09 | Filed: 7/3/08 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | RoundUp Funding LLC | Unsecured | 97.94 | 0.00 |
| 28. | Check N Go | Unsecured | | No Claim Filed |
| 29. | AES/NCT | Unsecured | | No Claim Filed |
| 30. | Check N Go | Unsecured | | No Claim Filed |
| 31. | Household Bank FSB | Unsecured | | No Claim Filed |
| 32. | Allied Credit | Unsecured | | No Claim Filed |
| 33. | RMI/MCSI | Unsecured | | No Claim Filed |
| 34. | Suntech Inc | Unsecured | | No Claim Filed |
| 35. | Suntech Inc | Unsecured | | No Claim Filed |
| 36. | West Asset Management | Unsecured | | No Claim Filed |
| | | | $ 53,901.04 | $ 3,769.12 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 27.80 |
| 6.6% | 238.08 |
| | $ 265.88 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

